**690**

STATE of Missouri, ex rel., MISSOURI HIGHWAY AND TRANSPORTATION COMMISSION, f/k/a State Highway Commission of Missouri, Plaintiff–Respondent,

v.

MERAMEC VALLEY ELEVATOR, INC., Exceptions of First National Realty Co., Inc., Peerless Development Corp., Peerless Land Co., and Bayless Company, Defendants–Appellants.

No. 54969.

Missouri Court of Appeals,
Eastern District,
Division Two.

Nov. 7, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 12, 1989.

Application to Transfer Denied
Feb. 13, 1990.

J.B. Carter, Kirkwood, for defendants-appellants.

Alan Rion Schmidt and Paul R. Sterrett, Kirkwood, for plaintiff-respondent.

ORDER

PER CURIAM.

Direct appeal from a judgment on a jury verdict in the amount of $1,400 in a condemnation proceeding.

The judgment is affirmed. Rule 84.16(b).